United States District Court
for the Southern District of ~~Louisiana~~ *Mississippi*

Civil ~~Act~~ *Cause* No. 1:23cv50 HSO-BWR Judge: _____

PLAINTIFFS:

1. Gregory Sewell (resident of Louisiana and/or Alabama)
2. *John Does 1-10 inclusive*



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
FEB 22 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

Versus

DEFENDANTS

1. Frank Zhang (resident of Mississippi)
2. Baywaveland Properties, LLC (resident of Mississippi)
3. Nicole Cousin (who was a resident of Mississippi at the time of the causes of action).

COMPLAINT

FEDERAL JURISDICTION IS BASED ON BOTH DIVERSITY OF THE PARTIES AND ON MULTIPLE VIOLATIONS OF FEDERAL CONSTITUTIONAL AND STATUTORY RGHTS AND PRIVILEGES

ALL PLAINTIFFS DEMAND THEIR RIGHTS TO A TRIAL BY JURY

CAUSES OF ACTION:

Between January 2018 and the present Plaintiffs rented dwellings with Baywaveland Properties LLC owned and/or managed by Frank Zhang whose employees and/or agents conspired (were joint and severally liable) to commit and did commit numerous and various torts and contract breaches against defendants I Harrison County, Mississippi including but not limited to: defamation, intentional and negligent infliction of emotional distress, breaches of contract, fraud, violations of federal and state housing laws and/or regulations, and violations of 1964 Civil Rights Act (racial discrimination) under USC Section 1981, 42 USC Fair Debt Collection Practices Act, , Fair Housing Act,

DAMAGES:

Defendant Gregory Sewell requests $5,000,000.00 in actual damages plus treble damages under Mississippi law plus punitive damages of $10,000,000.00; and attorney fees billed at the hourly rates of $525.00 for normal work hours to $600.00 for before or after normal work hours.

*Clay Caldwell*
2/22/2023

Respectfully Submitted
for Plaintiff(s)
Clay Caldwell
W. Clay Caldwell
Attorney at Law
P.O. Box 5266
Biloxi, MS 39534
claycaldwellesq@yahoo.com
(228) 209-2940
MS Bar #8923