IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| GREGORY SEWELL and<br>JOHN DOES 1-10 | § § § | PLAINTIFFS |
| v. | § § | Civil No. 1:23-cv-50-HSO-BWR |
| FRANK ZHANG;<br>BAYWAVELAND PROPERTIES,<br>LLC; and NICOLE COUSIN | § § § § | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the Order entered this date, and with the Memorandum Opinion and Order entered on June 5, 2023,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 10th day of July, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE